**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **RONNIE TURNER,** <br> **(TDCJ No. 01336062)** | § <br> § <br> § | |
| **Plaintiff,** | § <br> § | |
| **v.** | § <br> § | **Civil Action No. 7:22-cv-106-O** |
| **DIRECTOR, TDCJ-CID,** | § <br> § | |
| **Defendants.** | § <br> § <br> § | |

## FINAL JUDGMENT

In accordance with the Order of Dismissal issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* Fed. R. Civ. P. 41(b).

SIGNED this **4th day** of **January, 2023.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**